FILED
CLERK, U.S. DISTRICT COURT

OCT 16 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE ZEPEDA,<br><br>    Defendant. | Case No.  13-908-DDP<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The Court finds no condition or combination of conditions that will reasonably assure:

    ☒    the appearance of defendant as required; and/or

    ☒    the safety of any person or the community.

//

//

//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Drug and alcohol use, and
- recent arrest for driving under the influence and on an expired license.

☒ Defendant is a risk of flight because defendant has not shown by clear and convincing evidence that:

- Failure to comply with conditions of supervision (including failure to report for drug testing, positive drug tests, failure to complete required community service hours.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 10/16/2015

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE